**EXHIBIT 2:** INFRINGEMENT #1
URL: https://www.casadm.com/ideas



**EXHIBIT 2:** INFRINGEMENT #2
URL: https://www.facebook.com/CasaDelMarSanDiego/posts/786187633508077



**EXHIBIT 2:** INFRINGEMENT #3
URL: https://www.instagram.com/p/CvQIJcENL4u/



**EXHIBIT 2:** INFRINGEMENT #4

URL: https://www.linkedin.com/posts/casa-del-mar-exploration-in-promos_drinkware-cancooler-tumbler-activity-7090767901825134593-9Eaw?trk=public_profile_like_view

