**SANDERS LAW GROUP**
Craig Sanders, Esq. (Cal Bar 284397)
Jacqueline Mandel, Esq. (Cal Bar 317119)
333 Earle Ovington Blvd, Suite 402
Uniondale, NY 11553
Tel: (516) 203-7600
Email: csanders@sanderslaw.group
Email: jmandel@sanderslaw.group
File No.: 127923

*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Cate Brown, <br><br>                Plaintiff, <br><br>      v. <br><br> B R Printers, Inc., and Corkcicle LLC, <br><br>                Defendants. | Case No.: 3:24-cv-01932-CRB <br><br> **JOINT REQUEST TO CONTINUE THE INITIAL CASE MANAGEMENT CONFERENCE SCHEDULED FOR JULY 26, 2024** <br><br> Judge: Hon. Charles R. Breyer |

On April 1, 2024, the Court issued an Order setting the Initial Case Management Conference for July 26, 2024. (*Dkt. No.* 6). The Parties respectfully request that the Court continue the July 26, 2024 Initial Case Management Conference.

After the Complaint was filed, Plaintiff discovered information that caused her to amend the Complaint and add Corkcicle LLC as a defendant in the action. (*Dkt. No.* 8). This Amended Complaint was filed June 10, 2024 (*Dkt. No.* 8) and Corkcicle LLC just filed its Answer on July 9, 2024 (*Dkt. No.* 13). The parties are currently discussing a potential resolution and are in the process of determining the correct defendants. Based upon the above, the parties request that the Initial Case

Management Conference be continued thirty to sixty days to allow the parties to continue discussions.

Dated: July 18, 2024

**SANDERS LAW GROUP**

By: ___*/s/ Jacqueline Mandel*___
Jacqueline Mandel, Esq. (Bar No. 317119)
333 Earle Ovington Boulevard, Suite 402
Uniondale, NY 11553
*Attorneys for Plaintiff*

**BLANK ROME LLP**

By: */s/ Todd M. Malynn*___
2029 Century Park East 6th Floor
Los Angeles, CA 90067
*Attorneys for Corkcicle LLC*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

Cate Brown,

                     Plaintiff,

      v.

B R Printers, Inc., and Corkcicle LLC,

                  Defendants.

Case No.: 3:24-cv-01932-CRB

**[PROPOSED] ORDER ON JOINT REQUEST TO CONTINUE THE INITIAL CASE MANAGEMENT CONFERENCE SCHEDULED FOR JULY 26, 2024**

      On July 18, 2024, the parties moved this honorable Court to continue the July 26, 2024 Initial Case Management Conference.

      **IT IS HEREBY ORDERED** that the Initial Case Management Conference is continued to  September 13, 2024 at 8:30 a.m.                     .

  A Joint Case Management Statement due 7 days prior to the conference.

IT IS SO ORDERED.

Dated:  July 22       , 2024

HON. Charles R. Breyer
United States Judge