Craig Sanders, Esq. (Cal Bar 284397)
SANDERS LAW GROUP
333 Earle Ovington Blvd, Suite 402
Uniondale, NY 11553
Tel: (516) 203-7600
File No.: 129315
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Cate Brown, | Case No. 3:24-cv-01932-CRB |
| Plaintiff, | **STIPULATED NOTICE OF VOLUNTARY DISMISSAL FRCP 41(a)(1)(A)(ii)**: ORDER |
| v. | |
| B R Printers, Inc. and Corkcicle LLC, | Judge: Hon. Charles R. Breyer |
| Defendant. | Complaint Filed: March 29, 2024 |

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned counsel for the parties that pursuant to F.R.C.P. 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, whereas no party is an infant or incompetent the above-captioned action is voluntarily dismissed against all Defendants *with prejudice* with each party to bear its own attorney's fees and costs.

//
//
//
//
//

1  SO STIPULATED

2  DATED: October 8, 2024

3                                          **SANDERS LAW GROUP**

4                                          By:  /s/ Craig Sanders
5                                          Craig Sanders, Esq.
                                           *Attorneys for Plaintiff*
6

7

8                                          **Coast Law**

9                                          By: /s/ Seyamack Kouretchian
10                                         Seyamack Kouretchian, Esq.
                                           *Attorneys for Defendant BR Printers Inc.*
11

12                                         **Blank Rome LLP**

13
                                           By: /s/ Todd Malynn
14                                         Todd Malynn, Esq.
                                           *Attorneys for Defendant Corkcicle LLC*
15

16

17

18

19

20      The filer of the foregoing and hereby certifies that the contents of this
21 document are acceptable to all persons required to sign the document, and that I have
22 obtained authorization to file this document with all "/s/" electronic signatures
23 appearing within the foregoing document.

24
    Dated:   October 8, 2024
25

26                                          /s/ Craig Sanders
                                            Craig Sanders, Esq.
27

28

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Cate Brown,<br><br>Plaintiff,<br><br>v.<br><br>B R Printers, Inc. and Corkcicle LLC,<br><br>Defendant. | Case No. 3:24-cv-01932-CRB<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS PURSUANT TO FRCP 41(a)(1)(A)(ii)** |

    Having read and considered the Stipulated Notice of Voluntary Dismissal, filed by Plaintiff Cate Brown and Defendant B R Printers, Inc. and Corkcicle LLC, IT IS HEREBY ORDERED THAT, this action is DISMISSED WITH PREJUDICE in its entirety, with each party bearing his or its own costs, expenses and attorney's fees incurred in the prosecution or defense of their respective claims and defenses.

IT IS SO ORDERED.

DATED: _October 8, 2024_

_____
Charles R. Breyer